# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2019 AUG 14 A 10:01

EASTERN DISTRICT
OF VIRGINIA
NORFOLK DIVISION

United States of America
v.
AARON MERRITT

Defendant

Case No. 4:19cr81

10953073
FBI

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* AARON MERRITT,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-8: T.18:2256(8), T.18:2252A(a)(2)(b)(1) - Distribution of Child Pornography

Date: 08/13/2019

/S/
*Issuing officer's signature*

City and state: Newport News, VA

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/14/19, and the person was arrested on *(date)* 8/15/19
at *(city and state)* Newport News, VA.

Date: 8/15/19

*Arresting officer's signature*

Stacey Sullivan, Special Agent
*Printed name and title*